## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MICHAEL JEFFREY LEONE  Case No.: 1-17-00780-HWV
KELLEY JO LEONE  Chapter 13
    Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**

Creditor Name: FAY SERVICING, LLC
Court Claim Number: 04C
Last Four of Loan Number: 9378
Property Address if applicable: 1110 FLORIBUNDA LANE, , MECHANICSBURG, PA17055

**PART 2:**      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages: $0.00
b. Prepetition arrearages paid by the Trustee: $0.00
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $0.00

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $1,543.35
Next postpetition payment due: MARCH, 2022
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 3, 2022	Respectfully submitted,

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: FAY SERVICING, LLC
Court Claim Number: 04C

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5010 | 1169323 | 06/13/2017 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1169323 | 06/13/2017 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1172216 | 08/10/2017 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1172216 | 08/10/2017 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1173740 | 09/19/2017 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1174979 | 10/11/2017 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1176321 | 11/08/2017 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1177708 | 12/05/2017 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1177708 | 12/05/2017 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1179141 | 01/11/2018 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1179141 | 01/11/2018 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1180501 | 02/08/2018 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1181867 | 03/08/2018 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1183246 | 04/03/2018 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1186386 | 05/15/2018 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1187626 | 06/07/2018 | $1,386.85 | $0.00 | $1386.85 |
| 5010 | 1189067 | 07/12/2018 | $1,457.34 | $0.00 | $1457.34 |
| 5010 | 1190420 | 08/09/2018 | $1,455.09 | $0.00 | $1455.09 |
| 5010 | 1191719 | 09/06/2018 | $1,455.09 | $0.00 | $1455.09 |
| 5010 | 1193083 | 10/10/2018 | $1,455.09 | $0.00 | $1455.09 |
| 5010 | 1194431 | 11/08/2018 | $1,455.09 | $0.00 | $1455.09 |
| 5010 | 1195845 | 12/13/2018 | $1,455.09 | $0.00 | $1455.09 |
| 5010 | 1197210 | 01/10/2019 | $1,455.09 | $0.00 | $1455.09 |
| 5010 | 1198291 | 02/07/2019 | $1,455.09 | $0.00 | $1455.09 |
| 5010 | 1199577 | 03/12/2019 | $1,455.09 | $0.00 | $1455.09 |
| 5010 | 1200964 | 04/11/2019 | $1,455.09 | $0.00 | $1455.09 |
| 5010 | 1202287 | 05/09/2019 | $1,487.19 | $0.00 | $1487.19 |
| 5010 | 1203603 | 06/06/2019 | $1,487.19 | $0.00 | $1487.19 |
| 5010 | 1205005 | 07/11/2019 | $1,487.19 | $0.00 | $1487.19 |
| 5010 | 1206347 | 08/07/2019 | $1,507.55 | $0.00 | $1507.55 |
| 5010 | 9006377 | 09/26/2019 | $1,507.55 | $0.00 | $1507.55 |
| 5010 | 9006461 | 10/10/2019 | $1,507.55 | $0.00 | $1507.55 |
| 5010 | 9006545 | 11/07/2019 | $1,465.98 | $0.00 | $1465.98 |
| 5010 | 9006635 | 12/12/2019 | $1,465.98 | $0.00 | $1465.98 |
| 5010 | 9006728 | 01/16/2020 | $1,465.98 | $0.00 | $1465.98 |
| 5010 | 9006821 | 02/13/2020 | $1,465.98 | $0.00 | $1465.98 |
| 5010 | 9006910 | 03/12/2020 | $1,465.98 | $0.00 | $1465.98 |
| 5010 | 9007088 | 04/14/2020 | $1,465.98 | $0.00 | $1465.98 |
| 5010 | 9007287 | 05/06/2020 | $1,439.18 | $0.00 | $1439.18 |
| 5010 | 9007543 | 06/02/2020 | $2,445.58 | $0.00 | $2445.58 |
| 5010 | 9007831 | 07/07/2020 | $1,704.18 | $0.00 | $1704.18 |
| 5010 | 9008147 | 08/12/2020 | $1,704.18 | $0.00 | $1704.18 |
| 5010 | 9008472 | 09/17/2020 | $1,704.18 | $0.00 | $1704.18 |
| 5010 | 9008783 | 10/15/2020 | $1,704.18 | $0.00 | $1704.18 |
| 5010 | 9009338 | 12/10/2020 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9009338 | 12/10/2020 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9009868 | 01/19/2021 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9010168 | 02/17/2021 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9010462 | 03/17/2021 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9010747 | 04/15/2021 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9011028 | 05/18/2021 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9011302 | 06/16/2021 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9011563 | 07/14/2021 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9011834 | 08/18/2021 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9012083 | 09/14/2021 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9012331 | 10/14/2021 | $1,523.06 | $0.00 | $1523.06 |
| 5010 | 9012584 | 11/16/2021 | $1,543.35 | $0.00 | $1543.35 |
| 5010 | 9012832 | 12/15/2021 | $1,543.35 | $0.00 | $1543.35 |
| 5010 | 9013068 | 01/19/2022 | $1,543.35 | $0.00 | $1543.35 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MICHAEL JEFFREY LEONE  Case No.: 1-17-00780-HWV
KELLEY JO LEONE  Chapter 13
   Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 3, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| MOTT & GENDRON LAW OFFICE, LLC<br>DOROTHY L MOTT & KARA K GENDRON<br>125 STATE STREET<br>HARRISBURG PA, 17101- | SERVED ELECTRONICALLY |
| FAY SERVICING, LLC<br>BANKRUPTCY DEPARTMENT<br>PO BOX 814609<br>DALLAS, TX, 75381-4609 | SERVED BY 1ST CLASS MAIL |
| MICHAEL JEFFREY LEONE<br>KELLEY JO LEONE<br>1110 FLORIBUNDA LANE<br>MECHANICSBURG, PA 17055 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 3, 2022

s/ Donna Schott
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Case 1:17-bk-00780-HWV  Doc 80  Filed 02/03/22  Entered 02/03/22 09:17:01  Desc
Page 4 of 4